UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FE-ANAH BENT MARYAM,<br><br>  Plaintiff,<br><br>vs.<br><br>SAFE AUTO,<br><br>  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-02303-SDG |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915, and the court having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous.

Dated at Atlanta, Georgia, this 29th day of February, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/ T. Schoolcraft
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 29, 2024
Kevin P. Weimer
Clerk of Court

By: s/ T. Schoolcraft
      Deputy Clerk